UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. DAUGHERTY**, *et al*.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**ALAIN H. SHEER**, *et al*.,<br><br>　　Defendants. | No. 1:15-cv-02034 (TSC) |

### MOTION OF THE INDIVIDUAL FEDERAL DEFENDANTS
### FOR ENTRY OF FINAL JUDGMENT AND INCORPORATED STATEMENT OF LAW

Pursuant to Federal Rule of Civil Procedure 58 and Local Civil Rule 7, individual-capacity defendants Alain H. Sheer, Ruth T. Yodaiken, and Carl H. Settlemyer, III, respectfully request that the Court enter final judgment in this case. FED. R. CIV. P. 58; L. CIV. R. 7. By a memorandum opinion and order dated March 31, 2017, the Court largely granted defendants' motion to dismiss. *See* Docket Nos. 24 & 25. In particular, the Court dismissed all of plaintiffs' claims against Mr. Settlemyer and all but the First Amendment claims against Mr. Sheer and Ms. Yodaiken. *See id*. In a decision dated June 1, 2018, the United States Court of Appeals for the District of Columbia Circuit reversed the decision of this Court with respect to the First Amendment claims against Mr. Sheer and Ms. Yodaiken and entered judgment. *Daugherty v. Sheer*, 891 F.3d 386 (D.C. Cir. 2018); *see* Case No. 17-5128 (D.C. Cir.), Document No. 1733809 (filed June 1, 2018) (Judgment). The D.C. Circuit issued its mandate to this Court on August 16, 2018. *See* Docket No. 30. No party requested a stay of the mandate. The United States Supreme Court denied plaintiffs' petition for *certiorari* on March 4, 2019. *See Daugherty v. Sheer* 139 S. Ct. 1294 (2019).

In light of the foregoing, the defendants request that the Court enter a final judgment in the form of the attached proposed judgment. *See* FED. R. CIV. P. 58(d) (authorizing parties to request entry of judgment "set out in a separate document as required by Rule 58(a)"). The defendants have conferred with plaintiffs pursuant to Local Rule 7(m), and plaintiffs do not consent to the motion.

Dated: May 18, 2020  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

ANDREA W. MCCARTHY
Senior Trial Counsel, Torts Branch, Civil Division

*/s/ Jean Marie Cunningham*
JEAN MARIE CUNNINGHAM
DC Bar No. 456699
Senior Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
T: (202) 616-4164
F: (202) 616-4314
E-mail: Jean.Cunningham@usdoj.gov

*Counsel for Individual-Capacity Defendants Alain H. Sheer, Ruth T. Yodaiken, and Carl H. Settlemyer, III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. DAUGHERTY**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ALAIN H. SHEER**, *et al.*,<br><br>    Defendants. | No. 1:15-cv-02034 (TSC) |

### [PROPOSED] FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's memorandum decision and order, Docket Nos. 24 & 25, and the decision of the United States Court of Appeals for the District of Columbia Circuit, *Daugherty v. Sheer*, 891 F.3d 386 (D.C. Cir. 2018), *cert. denied*, 139 S. Ct. 1294 (2019), this case against defendants Alain H. Sheer, Ruth T. Yodaiken, and Carl H. Settlemyer, III, is DISMISSED with prejudice in its entirety.

Pursuant to Local Rule 7(k), the names and addresses of attorneys to be notified of the entry of judgment are:

    Jean Marie Cunningham
    Senior Trial Attorney
    Torts Branch, Civil Division
    United States Department of Justice
    P.O. Box 7146, Ben Franklin Station
    Washington, DC 20044
    T: (202) 616-4164
    F: (202) 616-4314
    Jean.Cunningham@usdoj.gov

    James W. Hawkins
    James W. Hawkins, LLC
    11339 Musette Circle
    Alpharetta, GA 30009
    T: (678) 697-1278
    F: (678) 540-4515

jhawkins@jameswhawkinsllc.com

SO ORDERED, this the _____ day of _____ 2020.

_____
Hon. Tanya S. Chutkan
United States District Judge