IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. DAUGHERTY, *et al.*, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALAIN H. SHEER, *et al*., ) <br> ) <br>    Defendants. ) <br> _____ ) | Civil Action No. 1:15-cv-02034 (TSC) |

## **PLAINTIFFS' OPPOSITION TO MOTION TO ENTER JUDGMENT**

Plaintiffs Michael J. Daugherty ("Daugherty") and LabMD, Inc. ("LabMD") hereby file their opposition to the Defendant's Motion to Enter Judgment and request that this Court allow Daugherty and LabMD at least until July 14, 2020 (1) to obtain substitute trial counsel; (2) to file a motion for leave to file an amended complaint; and (3) to file a motion to return this case to the court's active docket as contemplated by the Court's July 6, 2017 Minute Order. Daugherty and LabMD further show this Court as follows:

     1.     On March 31, 2017, this Court issued a Memorandum Opinion determining that Plaintiffs' Original Complaint (the "Complaint") in this action had stated a claim for violation of their First Amendment rights against certain FTC employee defendants but determined that the Complaint failed to adequately state a claim for violations of the Fourth and Fifth Amendment rights. ECF Nos. 25.

     2.     In the March 31, 2017 Memorandum Opinion, this Court also determined that neither qualified immunity nor absolute immunity barred Plaintiffs' properly pled claims. *Id*.

     3.     On April 4, 2017, the Court entered a Scheduling Order directing the Defendants to answer the Complaint by April 14, 2017.

4. On April 10, 2017, counsel for Plaintiffs sent counsel for Defendants a draft amended complaint for review.

5. On April 12, 2017, the parties filed a Joint Motion to Revise the Court's Scheduling Order and to Enter Schedule for Further Proceedings ("Joint Motion") (ECF No. 27) wherein the Defendants expressed the possibility of filing an interlocutory appeal. In addition, the parties informed the Court that Plaintiffs wished to file an amended complaint and that Defendants had no objection to Plaintiffs filing an amended complaint.

6. On April 13, 2017, the Court entered the following Minute Order:

MINUTE ORDER granting in part and denying in part 27 Motion to revise scheduling order. All deadlines from the court's 4/4 minute order--including the 4/14 deadline to answer the complaint, 4/21 deadline for Joint Rule 26(f) report, and scheduling conference of 4/27--are hereby vacated and held in abeyance until May 31, 2017. If Defendants have not filed an appeal by that date, the court will set deadlines for Defendant's answer and parties' joint Rule 26(f) report, and will set a scheduling conference. In the absence of an appeal, Plaintiffs may make a motion on or after May 31 to file an amended complaint. If Defendants file an appeal, the case will be immediately stayed pending appeal. Plaintiffs have provided no authority for allowing a motion to be filed for leave to amend the complaint subsequent to the Defendant's notice of appeal. If the Court of Appeals reverses this court's determination as to qualified immunity or any other immediately appealable matters, Plaintiffs may at that time pursue any further relief to which believe they are entitled. Signed by Judge Tanya S. Chutkan on 4/13/2017. (lctsc3) (Entered: 04/13/2017)

7. Defendants then filed their Notice of Appeal on May 26, 2017. ECF No. 28.

8. On July 6, 2017, the Court entered the following Minute Order:

MINUTE ORDER: In light of the parties' pending appeal before the Circuit Court, the Clerk of the Court is hereby directed to Administratively Close this case. Upon resolution of the appeal (#17-5128) the parties may file a motion to return this case to the court's active docket. Any such motion shall contain a proposed order for moving forward with this case. Signed by Judge Tanya S. Chutkan on 7/6/17. (DJS) (Entered: 07/06/2017)

9. On June 1, 2018, the D.C. Circuit Court of Appeals reversed this Court's Order, determining that, based upon the facts as alleged in the Complaint, defendants were entitled to qualified immunity on the First Amendment claims. The Mandate was filed in this case on August 16, 2018. ECF 30.

10. Before and since August 16, 2018, Plaintiffs have been extensively involved in litigation relating to the FTC's enforcement action against LabMD in the Third and Eleventh Circuits as well as in the Allegheny County Court of Common Pleas in Pittsburgh, Pennsylvania.

11. The Eleventh Circuit ruled on December 23, 2019, that the FTC's investigation, led by Defendant Alain Sheer, and the FTC's enforcement action, also led by Defendant Alain Sheer, did not have substantial justification and that LabMD was entitled to attorneys' fees and litigation expenses in the amount of $843,173.67. *See* Exhibits A (Special Master's Report and Recommendation) and B (Eleventh Circuit Order Adopting Special Master's Report and Recommendation) attached hereto. This ruling by the Eleventh Circuit Court of Appeals has a significant bearing on the amended complaint Plaintiffs wish to file.

12. In addition, several critical facts have recently come to light that will enable Plaintiffs to amend the Complaint to adequately state violations for Plaintiffs' First, Fourth and Fifth Amendment rights and to defeat qualified immunity as to the First, Fourth, and Fifth Amendment claims.

13. A draft of an amended complaint, which is not final but will be finalized and filed by substitute counsel for Plaintiffs in this case, is attached hereto as Exhibit C.

14. As set forth in the draft Amended Complaint, Plaintiffs are positioned to allege critical facts that would defeat defendants' qualified immunity and which state clear and actionable violations of the First, Fourth and Fifth Amendment rights of Plaintiffs.

15. Plaintiffs are diligently pursuing substitute counsel.

16. In recent emails, Plaintiffs requested that Defendants give Plaintiffs until July 6, 2020, to obtain substitute counsel and to file a motion for leave to file an amended complaint. Rather than agree to Plaintiffs' reasonable requests (which were in furtherance of Defendants' previous agreement), Defendant chose to file this motion instead.

17. Given the Defendants' prior agreement that Plaintiffs could amend their complaint, the Court's anticipation that Plaintiffs' could amend their complaint after Defendants' appeal, additional facts that have come to the Plaintiffs' attention and the Eleventh Circuit's December 23, 2019 determination that the FTC's investigation and prosecution of LabMD (both led by Defendant Alain Sheer) were without substantial justification, Plaintiffs respectfully request that the Court deny the Defendants' Motion for Entry of Final Judgment.

Dated:  June 1, 2020

Respectfully submitted,

**JAMES W. HAWKINS, LLC**

<u>/s/ James W. Hawkins</u>
James W. Hawkins
Georgia State Bar No. 338767
JAMES W. HAWKINS, LLC
5470 Blair Valley Run
Cumming, GA 30040
V: 678-697-1278
F: 678-540-4515
jhawkins@jameswhawkinsllc.com

*Attorney for Plaintiffs Michael J. Daugherty and LabMD, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. DAUGHERTY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALAIN H. SHEER, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:15-cv-02034 (TSC) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for parties of record electronically by CM/ECF.

*/s/ James W. Hawkins*
James W. Hawkins
Georgia State Bar No. 338767
JAMES W. HAWKINS, LLC
5470 Blair Valley Run
Cumming, GA 30040
V: 678-697-1278
F: 678-540-4515
jhawkins@jameswhawkinsllc.com

*Attorney for Plaintiffs Michael J. Daugherty and LabMD, Inc*.