UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. DAUGHERTY**, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>**ALAIN H. SHEER**, *in his individual capacity*, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 15-cv-2034 (TSC) |

### ORDER

For the reasons explained in the court's oral ruling, announced in court on March 18, 2022, the court **GRANTS** Defendants' Motion for Entry of Final Judgment (ECF No. 31), **DENIES** Plaintiffs' Motion for Leave to File a Supplemental Response to Defendants' Supplemental Brief (ECF No. 42), and **DENIES** Plaintiffs' Motion for Leave to File an Amended Complaint (ECF No. 43).

Date: March 18, 2022

　　　　　　　　　　　　　　　　　　　　　*Tanya S. Chutkan*
　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge