UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. DAUGHERTY**, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ALAIN H. SHEER**, *in his individual capacity*, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 15-cv-2034 (TSC) |

## ORDER OF DISMISSAL

In accordance with this court's earlier memorandum opinion and order (Dkt Nos. 24 & 25), this court's ruling announced from the bench on March 18, 2022, and the decision of the United States Court of Appeals for the District of Columbia Circuit (*Daugherty v. Sheer*, 891 F.3d 386 (D.C. Cir. 2018), *cert. denied*, 139 S. Ct. 1294 (2019)), the case against Defendants Alain H. Sheer, Ruth T. Yodaiken, and Carl H. Settlemyer, III is **DISMISSED** without prejudice in its entirety. The Clerk of the Court is directed to close the case.

Date: March 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*Tanya S. Chutkan*
　　　　　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge